9/14/09 ← Initial copy sent prior to this date (Habeas Corpus)

145 East Simpson Street
Jackson, Wyoming 83001

pages U.S. District Court of Wyoming

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
OCT 26 2009
Stephan Harris, Clerk
Cheyenne

Inmate No: 2009 0831  Docket No: 09-535

Tenton County Jail in Jackson Wyo. (Place of confinement)

Derrick L. Williams (The person for whom the writ is sought)
Petitioner          (is restrainted of his Liberty)

Vs.                 09-CV-242J

State of Wyoming (Tenton County Deputy Prosecutor)
Respondent       (Jefferson County Court in Ala)
(The State Attorney General of Wyoming - Bruce Salzburg)

I'm being restrainted against my Liberty by Tenton County as a fugitive from justice. They say a warrant was issued from Jefferson Count Courts by the copy of the document they provided me with is no authentic warrant, it does not have a judge or magistrate signature, nor Identify itself as a warrant nor does it Identify me as being a fugitive from justice. Tenton County took it upon themselve to charge me as that, I have been restrainted illegally since the August 28th 20 The charge of 1st degree Rape which was initally dropped 5years ago after spending 1year in jail. I'm being illegally charged with this again and being restrainted. The document states that an indictment was given in feb 2005 the same month the inital charged was dropped and I was released from jail, but I havent been provided with an authentic indictm (2005), it also states a warrant was issued 1year later feb 2006 for my arrest but I havent been provided an authentic copy of that neither.

The restraint is illegal: I'm no fugitive from justice in demanding State Alabama but nor should their be a warrant for my arrest.

2page U.S. District Court of Wyoming
Cont: 9/14/09

The legality of the restraint ~~is~~ has not been adjudged in a prior proceeding of the same character, to the best knowledge and belief of the applicant.

This is the petition for writ to any court or judges the 1st one being submitted.

I'm submitting this writ under 28 U.S.C § 2254, 2241

WYOMING STATUE
7-3-210 Right of Accused to counsel: opportunity to apply for writ of habeas Corpus. Notice/hs

3) He is in custody in violation of the Constitution or laws or treaties of the United States:

7-3-211 Wyoming Statue (Ex parte Brugneaux, 51 Wyo 103, 69 P.2d 800 (1937), 229 P.2d 924 (1951) (Geyer v Tuck, 68 Wyo. 52,)

I) There is an absence of available state corrective process (no appeal) process in regard to this matter, only Habeas in federal offer appeal for correction

c) An applicant shall not be deemed to have exhausted the remedies available in the courts of the State, within the meaning of this section, if he has the right under law of the State to raise, by any available procedure, the question presented.

1-27-103 (Courts and judges Allowing ~~Allowing~~ writ.)

Tytler v. Tytler, 15 Wyo 319, 89 P.1 (1907)

2253 Appeal (b) There shall be no right to appeal from a final order in a proceedings to test the validity of a warrant, (1) unless a circuit justice or judge issues a certificate of appealability (2) A certificate of appealability under paragraph if the applicant has made a substantial showing of the denial of a constitutional right



3 page U.S. District Court of Wyoming
Cont: 9/14/09

(The Grounds are upon Alabama as well as Wyoming)
Grounds on which I'm being held in violation of Constitution, Laws, Treaties of United States: ~~Odinke~~ The document they are holding me on is not ~~warrant~~ (Authentic warrant (2006)), nor have they shown me an indictment from 2005 (authentic). The sixth Amendment and due process clauses of the fifth and fourteenth Amendment guarantee an accused the right to be present during every (critical) stage of the criminal proceeding that is critical to the outcome, if his presence would contribute to fairness of procedure and the ~~Wyoming~~ Constitution is even more explicit in its guarantee to an accused of the right of presence at trial. U.S. Constitution Amends 4,5,6,14 (Wyo. State Const. Art 1 §10, Double jeopardy and Alabama Constitution and Statues.
Right to represent self, and represent with co-counsel
Right to have discovery, deposition or copies of court document

Right to be free from cruel & unusual punishment
Right to be treat with unnecessary rigor, Human treatment of inmate
Right to exercise constitution Right without Retaliation
U.S. Constitution, Wyoming Constitution & Statues, Alabama Constitution & Statues

Facts supporting Grounds: Mr. Derrick L Williams initially charged with 1st Degree Rape in Feb 2004. While incarcerated for a whole year the judge and court refuse to allow him represent himself or represent himself with the assist of

4 pages: U.S. District Court of Wyoming
Cont: 9/14/09

Nor would the Jefferson County Court acknowledge any of the motions he would file such as self representation, self representation with co-counsel, request for discovery, deposition, court records in regards to case, copy of indictment which was never produced, ignored requested to testify before grand jury which is a right in Alabama Constitution, Statue U.S. Constitution. Then the Jefferson County Jail start to violated the inmates for 14 days on mostly weekends the inmates were subjected to no running water. We did not have water to take showers, to drink, no did we have water to flush to toilets. We had to be subject to bowel movement in the toilet for hours which was unsanitary many inmates where catching staff infection due to unsanita conditions. I was one of them. I wrote to the President Larry Langford Commissioner of Jefferson County. I did not get a response. Prior to writing him we filed grievous which still do not resolved to situtation. We wrote and requested to speak to Mike Hale who is over the sheriff in the jail no success. After I could not get any help from the Larry Langford President Commissioner & Mike Hale Sheriff and Costa. About the condition inmates being housed up under and not being able to exercise my constitution rights in the court of Jefferson County, I file a habeas Corpus to the federal District court 2004. My application was accepted. In feb 2005 one morning I was told by the sailor that I would be going to trial these morning which I was unaware of prior to that. I was taken downstairs

DERRICK L Williams
D. Williams    10/21/09

DERRICK
WILLIAMS
D. Williams

5 page
Cont: 9/14/09

## U.S. District Court of Wyoming

to processing while downstairs I was asked did I had any clothes for trial. After being downstairs for an hour or so I was taken back upstairs with no answers. After a couple of hours I was told by a jailor to pack my things I'm being released my charge was dropped. I couldn't understand how could they just have court without me. Through the whole process of being incarcerated for 1year my constitution were violated & suspended. I was treated liked a political prisoner and prisoner of war, who was humiliated, disrespected with no Constitutional Rights. They showed me that it didn't matter how much African American have been through, and have overcome, The U.S. Constitution wasn't written for you that in there eyes you are still a Negro. After I was set free I went back to New York City to finish working with the Not-for-profit Organization I started called JaWill Inc. So these allegation of me being a fugitive is not true. Alabama is doing what it has always been known for to disregard the Supreme law of the land and do what it want to do. Alabama forfeit its right to pursue any charges against me when they refused to acknowledge my Constitution Rights as well as others. I humbly ask that you do an judical inquiry into this matter please others who are being vidated as well. ——— Signature on Back →

I was Retialated by jailor, started opening (legal mail) without my presence →

Attachment to: **Add to Motion**              1 of 3 pgs

On Oct 14, 2009 early in the morning before 8AM: I Derrick Williams gave Officer Fourrer in house Jail legal correspondence to Address to the Circuit Court of the Ninth Judicial District Teton, County Wyoming. A motion being filed as a defendant-Pro-Se to the Court.

Officer Fourrer ask me would I like to put the mail in a envelope so no one could read it. I told him I didn't have one and the envelope where both fold, one Addressed to the Clerk and other Addressed to the Teton County Attorney Office. I express to him that I was told that the Teton County Court has a mail box in the Teton County Detention/Jail. Which I used before to file motion with the Court on the 22nd of Sept, 2009.

Later on Officer Fourrer evening Officer Fourrer returned the two copies of motions addressed to the Court Clerk and County Attorney Office. He said he was told I would have to submit my motion through regular postal. Which didn't make any sense to me. Sgt. Braller also inform me that the judge requested that all legal filing to the court by defendant who are representing Pro-Se are to be mail to the Postal Office, and not to put in the Court Mail box in Teuton County Detent where the Court come and pick up Jail correspondence mail anyway.

2 of 3 page

If the court can use the Jail correspondence box to send correspondence to the Jail for deposition, motion and petition which have been filed with the Court to give to the defendant, who is representing himself Pro-Se, the defendant-Pro-Se should be allowed to do likewise.

It is an out right denial of Constitutional Right. With deposition, petition, and motion being file by lawyers, County Attorneys, and orders being given on a daily bases, This is one of the main reasons why the Court has a correspondence box in the Jail Administration facility. It is a convient for the Court when the Jail, Courthouse, Clerk, Judge are on the same premises being near each other. If the Court is allowed to use the correspondence box by means I mention above, the defendant Pro-Se should be allow the same opportunity especially when Postal-Mail is not guaranteed in dealing with Court document that are filed for legal Court proceeding such as deposition motion, petition, and orders. Time is the factor.

If the United States Constitution, said I have a Right to represent and defend myself Pro-Se, and Wyoming State Constitution, which is part of the union of United States, says the same thing. It give the defendant Pro-Se the Constitution Right to the

3 of 3 pgs

said priveledge of submitting deposition, motions, petition to the Court by means of the correspondence box the Court have at Teton County Detention/Jail.

Under the U.S. Constitution, Wyoming State Constitution Art (5) §8(6) Commission of Judicial Conduct and Ethics. Wyoming Code of Judicial Conduct Canon(2). A judge shall perform the duties of judicial Office impartially, competently, and diligently Rule 2.2. <u>Impartiality and FAIRNESS</u>
A Judge shall uphold and apply the law and shall perform all duties of judicial Office fairly and <u>impartially</u>
(4) It is not a violation of this Rule for a judge to make reasonable accommodations to ensure pro-se the opportunity to have their matters fairly heard.

<u>United States Constitution</u> - Due Process of law and Equal Protection give the Pro-Se defendant that Right.

This is to certify true and correct copies has been provided to Teton County Clerk and a copy for the County Attorney Office. By means of the correspondence box the Court has at the Teton County Detention

Derrick Williams

10/14/09